Plaintiff's Name VINCENT ROBERT MACKEY
Prisoner No. E-21735      1-W-30
Institutional Address SAN Quentin STATE Prison, SAN Quentin, CA, 94974

**FILED**

Sep 08 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Vincent Robert Mackey
*(Enter your full name)*

v.

Robert Bloomfield (warden) Mouliman (CFC) (Sgt) BAKER (LT) TEIXIERA (Sgt) CUERVO, (CCII) TAFOYA, Counselor BAKER, J. Bishop (CDW), Kristina Reynoso, et al.
*(Enter the full name(s) of all defendants in this action)*

Case No. 22-cv-05105 SK (PR)
*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement ___SAN Quentin___

B. Is there a grievance procedure in this institution?  ☒ YES   ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES   ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

  1. Informal appeal: Sent to appeals coordinator after seeking remedy through counselors, records, captains, other staff TO NO AVAIL - THEY SHOWED no interest in helping.

  2. First formal level: Log #6094, date 8-12-2020, TOLD my claim was invalid NOTHING in C-File / RVR Log #7116159, Log #Appeal #186156, Nov, 11th, 2021, Denied by OOG / case Log # 600202200012
  2-4-2022 Sent to Board of Prison Psycology, STATED will investigate, possibly "2 yrs to respond". Log #226250, DENIED BASED on "Fake" RVR Log # 7131942, ALSO

3. Second formal level: log# 6094, AFTER BEING TOLD investigated, NOTHING in C-File, on 3-17-2021, I Found out "False" document still in my File! Log# 186156, received memo stating office of Appeals Fail to meet time constraint (not Processed,) False document!

4. ~~Third formal level:~~ Log# 226250, Based on Fake RVR, was intercepted by OOG, and Denied. It was Resubmitted to OOA, But intercepted and manipulated by OFFICE OF GRIEVANCES, (~~????~~) OOA (OFFICE OF APPEALS, OOG (OFFICE ~~OFF~~ OF GRIEVANCES) on grounds of SAN QUENTIN(Prison.

E. Is the last level to which you appealed the highest level of appeal available to you?
☒ YES   ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.
_____
_____
_____
_____

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).
_____
_____
_____

B. For each defendant, provide full name, official position and place of employment.
KRISTINA LEE ANNE REYNOSO, FORENSIC Psycologist, California Board of Psycology ~~???~~ LIEUTENANT TEIXIERA, SAN QUENTIN STATE PRISON / Sgt BAKER, SAN QUENTIN Sgt CUERVOS, SAN QUENTIN PRISON / Counselor DELLA BAKER, SAN QUENTIN / CCII TAFOYA, SAN QUENTIN / ROBERT BROOMFIELD, WARDEN, SAN QUENTIN / AND DOES 1 thru 50, et. Al.

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

OVER THE PAST Few years I kept discovering False, "Violence based, information and documents in my C-File that do not belong there. I'm A 3rd strike, Non-violent inmate, but they've classified me over 15 years as "violent! CCI Baker Put Document reflecting Kidnap For Ransom, and 1st degree robbery in File on 4-21-2015, I discovered this 6-14-2020, during review of my File

I asked my counselor how it got in my file, she claimed she did not know... But her signature is on it! I filed a grievance, it was denied based on investigation, they said the claim was invalid, nothing in file, Appeal #6094, 8-12-2020. 7 months later, I again review my file... It's still in there! They lied! (2) Claim - Recently, 10-?-2021, had early parole hearing (Prop 57) I was given a risk assessment by California Board of Psycology, Forensic Psycologist Kristina Reynoso. I was given a High Risk for violence with potential for greater violence, based on a 2016 urinalysis test positive for small amount of THC (Marajauna) She wrote a "ten page document", using this dirty test and self admitted (trying to be honest) one other time usage, over a 22 year period, and weaved an assessment of violence based on it! She doesn't provide one vestige of actual violence in the document! She even titles one section: Prior History of Violence, but provides absolutely nothing in it!

Claim (3) Asking about my relationships with women, I reveal I've always been a push-over and deferential toward women's feelings, to-which I've often at their request, lived with them against my internal wishes... Reynoso put in the assessment that, I was trading sex for housing! The board, based on my complaint, admitted I should not have a High risk assessment and that they don't use assessments in making their judgements, but that's exactly what they did. I was denied 3 years and told don't get any write-ups! I've gotten 4 completely illegitamate write ups. 2 were requested by their author removed, but appeals process refused 2, generated by Sgt Baker. One clearly is another inmates violations, but out of spite and peshaps conspiracy, it was given to me, RVR#716159. There is much more to this broad issue, but

### IV. Relief.

I believe the over all "intent" in generating false violence based documents MAKES IT EASIER TO KEEP ME IN PRISON!

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I want all false documents and information removed from my C-File. They admitted, and finally removed "violence designation" (15 yrs later) from file. The write-ups that Food Manager Garcia asked Captain Maxfield to remove, be removed (retracted!) She said she would remove it, but later did not, and now it's been made difficult for me to have removed being the appeal process is broken! I've submitted 4 staff (1858) complaints and have the right to do so, but they refused to process. I want them processed. I want Kidnap Ransom etc Removed!

To be released and payed 100.00 for every day kept illegally locked up PLUS 350,000.00 mental anguish pain & suffering! I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: __8-31-22__    _[signature]_
                Date                    Signature of Plaintiff

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

1. U.S. Government Plaintiff
2. U.S. Government Defendant
3. Federal Question *(U.S. Government Not a Party)*
4. Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | | 710 Fair Labor Standards Act | 820 Copyrights | 430 Banks and Banking |
| | 340 Marine | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 450 Commerce |
| 151 Medicare Act | 345 Marine Product Liability | **PERSONAL PROPERTY** | 740 Railway Labor Act | 835 Patent—Abbreviated New Drug Application | 460 Deportation |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 350 Motor Vehicle | 370 Other Fraud | 751 Family and Medical Leave Act | 840 Trademark | 470 Racketeer Influenced & Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 790 Other Labor Litigation | **SOCIAL SECURITY** | 480 Consumer Credit |
| | 360 Other Personal Injury | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| 190 Other Contract | | | **IMMIGRATION** | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 195 Contract Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 462 Naturalization Application | 864 SSID Title XVI | 891 Agricultural Acts |
| 196 Franchise | 440 Other Civil Rights | **HABEAS CORPUS** | 465 Other Immigration Actions | 865 RSI (405(g)) | 893 Environmental Matters |
| **REAL PROPERTY** | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 210 Land Condemnation | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 220 Foreclosure | 443 Housing/ Accommodations | 530 General | | 871 IRS–Third Party 26 USC § 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 230 Rent Lease & Ejectment | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | | |
| 240 Torts to Land | | **OTHER** | | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 446 Amer. w/Disabilities–Other | 540 Mandamus & Other | | | |
| 290 All Other Real Property | 448 Education | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

1. Original Proceeding
2. Removed from State Court
3. Remanded from Appellate Court
4. Reinstated or Reopened
5. Transferred from Another District *(specify)*
6. Multidistrict Litigation–Transfer
8. Multidistrict Litigation–Direct File

**VI. CAUSE OF ACTION**   Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**   CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, Fed. R. Civ. P.   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND:   Yes   No

**VIII. RELATED CASE(S), IF ANY** *(See instructions)*:   JUDGE   DOCKET NUMBER

**IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)**
*(Place an "X" in One Box Only)*   **SAN FRANCISCO/OAKLAND**   **SAN JOSE**   **EUREKA-MCKINLEYVILLE**

**DATE**   **SIGNATURE OF ATTORNEY OF RECORD**